Raymond Ballister Jr. (State Bar No. 111282)
Russell Handy (State Bar No. 195058)
Amanda Seabock (State Bar No. 289900)
Zachary Best (State Bar No. 166035)
CENTER FOR DISABILITY ACCESS
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191
E-mail: amandas@potterhandy.com

Attorneys for Plaintiff
ORLANDO GARCIA

Jamerson C. Allen (State Bar No. 132866)
Janelle J. Sahouria (State Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Jamerson.Allen@jacksonlewis.com
       Janelle.Sahouria@jacksonlewis.com

Attorneys for Defendant(s)
KINGNOD LP AND EASUN INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>    Plaintiff,<br><br>   v.<br><br>Kingnod LP, a California Limited Partnership; Easun Inc, a California Corporation;<br><br>    Defendants, | Case No. 2:21-cv-00020-MCE-AC<br><br>**ORDER RE STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br><br>Complaint Filed:  01/05/2021<br>Trial Date:           Not Set |

**GOOD CAUSE HAVING BEEN SHOWN,** the STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT is **GRANTED** as follows:

1. Defendants responsive pleading deadline is continued until April 19, 2021.

IT IS SO ORDERED.

Dated:  March 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE