UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>        Plaintiff,<br><br>    v.<br><br>Kingnod LP, a California Limited Partnership; Easun Inc., a California Corporation;<br><br>        Defendants. | Case No. 2:21-cv-00020-MCE-AC<br><br>**ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**<br><br>Action Filed: Jan. 5, 2021<br><br>Trial Date: TBD<br>Final Pretrial Conference: TBD |

69062676v.1

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. Not later than sixty (60) days following the date this order is electronically filed, and every sixty (60) days thereafter, the Parties shall submit a joint status report informing the Court as to the status of the appeals.

IT IS SO ORDERED.

Dated: May 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

69062676v.1