SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
KINGNOD LP
EASUN INC.

CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr. (State Bar No. 111282)
Russell Handy (State Bar No. 195058)
Amanda Seabock (State Bar No. 289900)
Zachary Best (State Bar No. 166035)
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191
E-mail: amandas@potterhandy.com

Attorneys for Plaintiff
ORLANDO GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>Plaintiff,<br><br>v.<br><br>Kingnod LP, a California Limited Partnership; Easun Inc., a California Corporation;<br><br>Defendants. | Case No. 2:21-cv-00020-MCE-AC<br><br>**ORDER RE STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: Jan. 5, 2021 |

**GOOD CAUSE HAVING BEEN SHOWN**, the STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT is **GRANTED** as follows:

///

1. Defendants' responsive pleading deadline is continued until May 19, 2021.

IT IS SO ORDERED:

Dated: May 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE